UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

JULIE N. HOFMANN             )
                             )
                             )
v.                           )    NO. 3:11cv1107
                             )    JUDGE TRAUGER
                             )
CLARKSVILLE BBQ, LLC d/b/a GOLDEN  )
RULE SMOKEHOUSE GRILL         )
                             )

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/12/2012.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk